# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0275
Lower Tribunal No. J25-1521
_____


**B.L., a Child,**
Appellant,

vs.

**State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

B.L., in proper person.

James Uthmeier, Attorney General, and Daihana Chang, Assistant Attorney General, for appellee.


Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.